UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-20601-CMA

MILAINE MARRERO,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant, AMAZON.COM SERVICES LLC, by and through undersigned counsel, hereby notifies the Court of the substitution of Ena T. Diaz, Elizabeth M. Rodriguez, Dawn Siler-Nixon, and Viktoryia Johnson of FordHarrison LLP as counsel of record for Defendant in place of Stefanie M. Mederos, Miguel Angel Morel and Sinead D. Motta of Littler Mendelson PC, 333 SE 2nd Avenue, Suite 2700, Miami, Florida 33131.  Upon the filing of this Notice, Littler Mendelson PC, shall be relieved of any and all further responsibility in the above-styled case.  All further communication and correspondence should be directed to:

- 2 -

**FORDHARRISON LLP**

Ena T. Diaz
Florida Bar No. 0090999
Elizabeth M. Rodriguez
Florida Bar No. 821690
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2100
Facsimile:  (305) 808-2101
E-mail: ediaz@fordharrison.com
E-mail: erodriguez@fordharrison.com

Dawn Siler-Nixon
Florida Bar No. 993360
dnixon@fordharrison.com
Viktoryia Johnson
Florida Bar No. 125545
vjohnson@fordharrison.com
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
T (813) 261-7800 | F (813) 261-7899
*Attorneys for Defendant*


Respectfully submitted this 15th day of December, 2023.

| | |
|---|---|
| Littler Mendelson PC | FordHarrison LLP |
| 333 SE 2nd Avenue | One S.E. 3rd Avenue |
| Suite 2700 | Suite 2130 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 400-7500 | Telephone: (305) 808-2100 |
| Facsimile:  (305) 603-2552 | Facsimile:  (305) 808-2101 |
| | |
| /s/  Stefanie M. Mederos_____ | /s/  Ena T. Diaz__ |
| Stefanie M. Mederos | Ena T. Diaz |
| Florida Bar No. 12041 | Florida Bar No. 0090999 |
| smederos@littler.com | ediaz@fordharrison.com |
| Miguel Angel Morel | Elizabeth M. Rodriguez |
| Florida Bar No. 89163 | Florida Bar No. 821690 |
| mamorel@littler.com | erodriguez@fordharrison.com |
| Sinead D. Motta | |
| Florida Bar No. 115438 | |
| sdaly@littler.com | |

- 3 -

        Dawn Siler-Nixon
        Florida Bar No. 993360
        dnixon@fordharrison.com
        Viktoryia Johnson
        Florida Bar No. 125545
        vjohnson@fordharrison.com
        401 East Jackson Street, Suite 2500
        Tampa, Florida 33602
        T (813) 261-7800 | F (813) 261-7899
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Nathaly Saavedra
nathaly@peregonza.com
Juan J. Perez
juan@peregonza.com
P. Brooks LaRou
brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, Florida 33126
Telephone: (786) 650-0202
Facsimile:  (786) 650-0200
**Counsel for Plaintiff**

        */s/ Ena T. Diaz*
        Ena T. Diaz