UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20601-CIV-ALTONAGA/Damian

**MILAINE MARRERO**,

 Plaintiff,
v.

**AMAZON.COM SERVICES LLC**,

 Defendant.
_____/

## ORDER

 **THIS CAUSE** came before the Court upon the Notice of Substitution of Counsel [ECF No. 34]. Pursuant to the CM/ECF Administrative Procedures,[1] proposed orders shall be filed initially as an attachment to a motion, notice, or other filing; however, the final version of the proposed document must be e-mailed to the Judge in Word format. Defendant attached a proposed order as an attachment to the Notice as required; however, it did not submit the proposed order to the Court in the format outlined above. Accordingly, it is

 **ORDERED AND ADJUDGED** that the Substitution of Counsel is **DENIED** without prejudice.

 **DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.