UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-20601-DAMIAN

MILAINE MARRERO

    Plaintiff,

vs.

**DO NOT DESTROY**

AMAZON.COM SERVICES LLC

    Defendant.

_____/

**JURY NOTE**

In the Doctors testamony did Dr. LuJan. Confirm that the Doctors note that he write on May 28th excuse patient to not return to work in 3 weeks. or to return to work.

_____      6/28/24
Foreperson's Signature      Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-20601-DAMIAN

MILAINE MARRERO,

    Plaintiff,

vs.

**DO NOT DESTROY**

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

**RESPONSE TO JURY NOTE**

Please rely on your collective recollection of the testimony and evidence.

_____
Judge Melissa Damian

6/28/2024  3:15 PM
Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-20601-DAMIAN

MILAINE MARRERO

 Plaintiff,

vs.            **DO NOT DESTROY**

AMAZON.COM SERVICES LLC

 Defendant.
_____/

**JURY NOTE**

We have reach Verdict.



Foreperson's Signature          6/28/24
                     Date/Time